E-FILED
Wednesday, 20 September, 2006 09:10:22 AM
Clerk, U.S. District Court, ILCD
SEALED

# United States District Court

CENTRAL    DISTRICT OF    ILLINOIS

UNITED STATES OF AMERICA

V.

**FILED**    **CRIMINAL COMPLAINT**

XIANG HUI YE AND
XIAN XI YE

SEP 1 9 2006

CASE NUMBER 06-M- 3042

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about January 15, 2005 to September 11, 2006 in Sangamon county, in the _____ Central _____ District of _____ Illinois _____

defendant(s) did,

knowingly or in reckless disregard of the fact that an alien has come to or remained in the United States in violation of law, conceal, harbor, or shield from detection, such alien and did hire, recruit or refer for a fee for employment in the United States one or more alien(s) knowing the alien(s) are unauthorized alien(s) with respect to such employment

in violation of Title _____ 8 _____ United States Code, Sections _____ 1324 and 1324a _____

I further state that I am a Special Agent with Immigration & Customs Enforcement and that this complaint
Official Title
is based on the following facts:

See attached Affidavit

Continued on the attached sheet and made a part hereof:    **X** Yes    ☐ No

_J. Brian Withers_
Signature of Complainant

Sworn to before me and subscribed in my presence,

September 19, 2006    3:10 pm    at    Springfield, IL
Date                                          City and State

Byron G. Cudmore
United States Magistrate Judge
Name & Title of Judicial Officer

_Byron G. Cu_
Signature of Judicial Officer

STATE OF ILLINOIS          )
                           )  ss
COUNTY OF SANGAMON         )


A F F I D A V I T


I, J. Brian Withers, the undersigned affiant, being duly sworn upon oath, depose and state as

follows:

    1.     I am a Special Agent (SA) with the U.S. Department of Homeland Security,

Immigration and Customs Enforcement (ICE) and have been so employed since March 1, 2003.

I was previously employed by the U.S. Immigration and Naturalization Service for

approximately seven (7) years. I am currently assigned to the Springfield, Illinois office.

    2.     In my duties, I am assigned to investigate alleged violations of the Immigration

and Nationality Act, including activities which constitute harboring of illegal aliens and

unlawfully employing illegal aliens.

    3.     This Affidavit is made in support of an application for:

        A. A warrant to search the entire premises located at 1774 Wabash Avenue,

           Springfield, Illinois described as: The Buffet City, which is a restaurant

           housed in a single-story business located at 1774 Wabash Avenue,

           Springfield, Sangamon County, Illinois 62704. The restaurant is located

           on the west end of a strip mall. The building is primarily constructed of

           dark red brick. There is a green awning on the north side of the building

           with "Buffet City" in large red letters. There is a red awning on the west

           side of the building with "Buffet City" in large red letters above the

-1-

awning. The front entrance for the restaurant is located on the north side of the building. A loading dock and the rear entrance to the restaurant are located on the south side of the building.

B. Criminal complaints charging Xiang Hui YE and Xian Xi YE with violations of Title 8 United States Code, Sections 1324 and 1324a.

C. Warrants to seize the following property which is subject to forfeiture as representing property involved in or which are proceeds of violations of 8 United States Code, Sections 1324 and 1324a:

    i.    The contents of bank account 644984586 in the name of Buffet City, located at National City Bank, One Old Capitol Plaza North, Springfield, Illinois;

    ii.    The contents of bank account 768399143 in the name of Xian Hui Ye located at National City Bank, One Old Capitol Plaza North, Springfield, Illinois;

    iii.    The contents of bank account 768399231 in the name of Xian Xi Ye located at National City Bank, One Old Capitol Plaza North, Springfield, Illinois;

    iv.    The contents of a safe deposit box in the name of Xian Xi YE located at National City Bank, One Old Capitol Plaza North, Springfield, Illinois; and

    v.    The contents of a safe deposit box in the names of Xian Hui YE

and Xulan CHEN, located at National City Bank, One Old Capitol

Plaza North, Springfield, Illinois.

4.    Title 8, United States Code, Section 1324, makes it a federal crime for any person

to knowingly or in reckless disregard of the fact that an alien has come to, entered, or remained

in the United States in violation of law, to conceal, harbor, or shield from detection, such alien in

any place, including any building or any means of transportation. Title 8, United States Code,

Section 1324a, makes it a federal crime for any person to hire, or to recruit or refer for a fee, for

employment in the United States an alien knowing the alien is an unauthorized alien with respect

to such employment.

5.    I am familiar with the information contained in this Affidavit based upon the

investigation I have personally conducted as well as that conducted by fellow officers and

agents, and based on my conversations with other law enforcement officers who have engaged in

numerous investigations involving harboring illegal aliens and unlawfully employing illegal

aliens.

1)  On January 15, 2005, ICE Senior Special Agent (SSA) Tom Merchant received a

telephone call from an individual who identified himself as Cheng Quan Wang.

Mr. Wang stated that he had been terminated from his job at the Buffet City

restaurant in Springfield, Illinois because he informed his boss, Xiang Hui YE,

that he did not like working with illegal aliens. Mr. Wang stated that there were

approximately twenty-two (22) illegal Chinese and Mexican restaurant employees

who resided with Xiang Hui YE at 1531 Seven Pines Road, Apartment G,

-3-

Springfield, Illinois and other nearby apartments which were provided by Xiang

Hui YE.

6.      On January 24, 2005, at approximately 9:54 a.m., surveillance was conducted by

SSA Tom Merchant and SSA Stuart Kutz in the vicinity of 1531 Seven Pines Road. Six (6)

individuals that appeared to be of Asian descent exited Apartment G and entered a white Dodge

van which was driven to a parking lot near 3301 Gaines Mill Road. Eight (8) additional Asian

individuals entered the van and two (2) Asian individuals entered a beige Honda sedan.   The

two vehicles departed the parking lot and drove to the Buffet City restaurant located at 1774

Wabash Avenue. At approximately 10:05 a.m., the sixteen (16) Asian individuals entered the

restaurant through the rear door.

·7.      Record checks indicate that the registered agent for Buffet City Corporation is

Xiang Hui YE and lists the corporate president and secretary as Xian Xi YE at 3301 Gaines Mill

Road. Record checks show that Xiang Hui YE and Xian Xi YE, referred to hereinafter as the

owners, are the leaseholders for the property where the Buffet City restaurant is located.

8.      On or about April 7, 2005, SSA Merchant received a request for assistance from

U.S. Department of Labor, Wage and Hour Investigator (WHI) Fred Wrightam.  WHI Wrightam

stated that he had received a complaint from an employee of the Buffet City restaurant related to

wage violations and he requested assistance on surveillance and conducting interviews of the

employees. The complainant claimed to reside at 1833 Seven Pines Road.

9.      On April 12, 2005, the apartment manager for Westbrook Apartments stated that

the Hispanic employees of the Buffet City restaurant reside within the Westbrook Apartment

-4-

Complex at 1805 Seven Pines Road, Apartment 3. At approximately 9:30 a.m., SSA Merchant and SSA Scott Williams conducted surveillance in the vicinities of 1805 Seven Pines Road and 1774 Wabash Avenue. Between 10:00 a.m. and 10:30 a.m. eight (8) Hispanic males exited 1805 Seven Pines Road and four (4) of these individuals were observed as they entered the restaurant through the rear door. During the same time period, eleven (11) Asian individuals arrived at the restaurant in five (5) separate vehicles and entered the restaurant. Several of these individuals were observed as they were performing various jobs at the restaurant during the day. Surveillance was terminated at approximately 3:30 p.m. and re-established at approximately 10:00 p.m. Between 10:00 p.m. and 10:15 p.m., five (5) Hispanic individuals departed the restaurant afoot and ten (10) Asian individuals departed the restaurant in vehicles.

10.     On April 28, 2005, U.S. Department of Labor, Wage and Hour Investigators, accompanied by SSA Tom Merchant, SSA Stuart Kutz and Affiant interviewed some of the employees at the Buffet City restaurant. Several Asian employees departed the restaurant without being interviewed. Eight (8) Hispanic employees were interviewed and they stated that they were not required to present any documents nor complete any forms in order to be employed at the restaurant. They stated that their residence at 1805 Seven Pines Road, Apartment 3 was provided by the owners of the restaurant. The apartment manager at Westbrook Apartments provided Affiant with a copy of the lease for 1805 Seven Pines Road, Apartment 3. That lease was signed by Xiang Hui YE and was effective between January 1, 2005 and December 31, 2005.

11.    On May 4, 2005, the owners of the Buffet City restaurant provided WHI Wrightam with copies of Employment Eligibility Verification forms (Forms I-9) relating to fourteen (14) Asian employees of the restaurant. No I-9 forms were provided which related to the Hispanic employees.

12.    On May 6, 2005, WHI Wrightam advised SSA Merchant that the eight (8) Hispanic employees of the restaurant that were interviewed on April 28, 2005, were being terminated on May 8, 2005. SSA Merchant and SSA Kutz traveled to 1805 Seven Pines Road, Apartment 3 and spoke with ten (10) former employees, including the eight (8) that were interviewed on April 28, 2005, of the Buffet City restaurant. These individuals all admitted that they are undocumented Mexican citizens. They stated that they were given until May 15, 2005 to vacate the apartment. They also stated that the owners of the restaurant had told them, through an unknown Hispanic interpreter, that they could be rehired at the restaurant if they could obtain fraudulent employment documents.

13.    WHI Wrightham analyzed payroll information he had received regarding Buffet City and provided SSA Merchant with a summary of unpaid wages regarding current and former employees of Buffet City for approximately a two year period. Based on this summary, Wrightham concluded Buffet City underpaid these workers $266,366.00 during this period.

14.    On August 5, 2005, a confidential informant (CI) was equipped with video and audio recording devices. The CI was an undocumented alien who had previously worked at Buffet City. The CI was provided with a fraudulent Alien Registration Receipt Card (Form I-551) and a fraudulent social security card which had been manufactured by the ICE Forensic

-6-

Document Laboratory. The CI was also provided with a photocopy of these documents. At approximately 10:45 a.m., the CI entered the rear door of the Buffet City restaurant. The CI provided Xian Xi YE with the photocopy of the fraudulent documents and informed him of the same. The CI was rehired by Xian Xi YE and worked for approximately one hour. The CI made the excuse of a need to return to Mexico and departed the restaurant.

15.    On August 25, 2005, SSA Merchant requested the Employer's Contribution and Wage Report for the Buffet City restaurant through the Illinois Department of Employment Security (IDES). The IDES provided Employer's Contribution and Wage Reports for Buffet City's 2004 fourth quarter and the 2005 first quarter. For the fourth quarter of 2004, Buffet City lists fifteen (15) employees. All of the employees have Asian names. Two (2) of the individuals on the list are the owners, Xian Xi YE and Xiang Hui YE. Nine (9) of the individuals listed on the report have the same last name, the two (2) owners plus seven (7) others. For the first quarter of 2005, Buffet City lists eleven (11) employees. All of the employees have Asian names. Two (2) of the individuals on the list are the owners, Xian Xi YE and Xiang Hui YE. Nine (9) of the individuals listed on the report have the same last name, the two (2) owners plus seven (7) others. Significantly, there are no individuals with Hispanic names listed on the Employer's Contribution and Wage Reports even though surveillance and interviews have confirmed that Hispanic employees were employed at the Buffet City restaurant.

16.    On September 25, 2005, while walking near the Buffet City restaurant the CI was encountered by Xian Xi YE near the Buffet City restaurant. Xian Xi YE informed the CI that an employee had recently departed and that the CI could be rehired.

17.    On September 27, 2005, SSA Merchant and Affiant transported the CI to the Buffet City restaurant. The CI made arrangements with Xian Xi YE to be rehired, effective September 30, 2005.

18.    On September 30, 2005, the CI was equipped with video and audio recording devices. At approximately 10:10 a.m., the CI entered the Buffet City restaurant and began preparing food in the kitchen. At approximately 11:20 a.m., the CI departed the restaurant and the recording devices were removed. The CI re-entered the restaurant to continue working and surveillance was terminated.

19.    On October 13, 2005, SSA Merchant and WHI Wrightam met with the CI. The CI stated that on October 1, 2005, the owners of the Buffet City restaurant had allowed him to return to the apartment at 1805 Seven Pines Road, Apartment 3. The CI stated that there were four (4) additional Hispanic employees of the restaurant who were residing at the apartment and that the owners of the restaurant were providing free lodging.

20.    On December 1, 2005, an arrest operation was conducted in the vicinity of 1805 Seven Pines Road, Apartment 3 and 1774 Wabash Road. Five (5) undocumented Mexican citizens were arrested. All of these individuals were employed at the Buffet City restaurant. These individuals stated that they did not have to provide any immigration documents or complete any forms in order to work at the Buffet City restaurant. These individuals stated that their apartment was provided by the owners of the Buffet City restaurant.

21.    On December 2, 2005 at approximately 10:10 a.m., SSA Merchant and Affiant transported two (2) of the Mexican individuals who had been arrested on December 1, 2005 to

-8-

the Buffet City restaurant to obtain wages that were due to them. Xian Xi YE was present and stated that "Tommy" (Xiang Hui YE) would be arriving soon at the restaurant. At approximately 10:20 a.m., Xiang Hui YE arrived at the restaurant. Xiang Hui YE and Xian Xi YE pooled their money and paid the employees. SSA Merchant asked Xiang Hui YE whether he completed I-9 forms for his Mexican employees and YE said, "It is difficult to find kitchen workers and dishwashers. I did not complete I-9 forms for the Mexican employees because they did not have documents." Xiang Hui YE retrieved certain I-9 forms for Asian employees from behind the front counter of the restaurant and provided SSA Merchant with the I-9 forms for seventeen (17) Asian employees. No I-9 form was provided which related to Xian Xi YE. When SSA Merchant asked Xian Xi YE whether he had any documents, Xian Xi YE said something in Chinese, then Xiang Hui YE stated that the documents had been left at the bank. ICE database checks previously conducted by SSA Merchant show that Xian Xi YE was ordered removed from the United States to China by the Immigration Judge at New York, New York on February 7, 1997.

22.    On June 9, 2006, beginning at approximately 9:30 a.m., surveillance was conducted by SSA Kutz and Affiant in the vicinity of the Buffet City restaurant, 1774 Wabash Avenue. During the surveillance, a total of six (6) vehicles were observed arriving at the restaurant. At approximately 9:50 a.m., the black 2004 Lexus SUV registered to Xian X. YE arrived at the restaurant. Xian Xi YE exited the vehicle and entered the restaurant through the front door. At approximately 10:02 a.m., a white 1992 Toyota 4-door, Illinois registration 257 7760, arrived at the restaurant. This vehicle is registered to Mario OLARA, 2220 South St.

-9-

Louis, Chicago, Illinois. Four (4) Hispanic males exited the vehicle and entered the restaurant

through the front door. At approximately 10:45 a.m. the surveillance was terminated.

23.    On June 13, 2006, beginning at approximately 8:20 a.m., surveillance was

conducted by Affiant in the vicinity of the Westbrook Apartments, Seven Pines Road,

Springfield, Illinois. During the surveillance, Affiant observed the white 1992 Toyota 4-door,

that is registered to Mario OLARA, parked in the lot in front of the apartment building at 1809

Seven Pines Road. Affiant contacted Ms. Leanne Beard, Assistant Property Manager of the

Westbrook Apartments, who confirmed that the Buffet City restaurant pays the rent for the

individuals residing at 1809 Seven Pines Road, Apartment 8. Ms. Beard also provided a copy of

the lease for 1809 Seven Pines Road, Apartment 8. That lease was signed by Xiang Hui YE and

was effective between July1, 2005 and June 30, 2006.

24.    On June 13, 2006, beginning at approximately 9:15 a.m., surveillance was

conducted by Affiant in the vicinity of the Chatham Hills Apartments, Candlewood Drive,

Springfield, Illinois. During the surveillance, Affiant observed the white 2002 Dodge van, that

is registered to Xian X. YE, parked in the lot in front of the apartment building at 4 Candlewood

Drive. Affiant contacted Ms. Missy Singer, Regional Manager of the Chatham Hills

Apartments, who confirmed that the Buffet City restaurant pays the rent for the individuals

residing at 4 Candlewood Drive, Apartment 10. Ms. Singer also provided a copy of the lease for

4 Candlewood Drive, Apartment 10. The lease shows that five (5) Asian males and one (1)

Asian female are residing in the apartment. The lease was signed by Xiang Hui YE and was

effective between August1, 2005 and July 31, 2006.

25.    On July 25, 2006, beginning at approximately 10:02 a.m., surveillance was conducted by Affiant in the vicinity of the Buffet City restaurant, 1774 Wabash Avenue.  During the surveillance, a total of four (4) vehicles were observed arriving at the restaurant.  At approximately 10:05 a.m., the gold 2005 Porsche SUV registered to Xian Xi YE arrived at the restaurant.  The driver of the vehicle was Xiang Hui YE.  The passengers of the vehicle, three (3) Asian females and one (1) Asian male exited the vehicle and entered the restaurant through the front door.  Xiang Hui YE then departed the restaurant parking lot and drove South.  At approximately 10:07 a.m., the silver 2005 Porsche SUV registered to Xian G. YE and Yi YE arrived at the restaurant.  Two (2) Asian males exited the vehicle and entered the restaurant through the front door.   At approximately 10:10 a.m., the gold 2005 Porsche SUV driven by Xiang Hui YE returned to the restaurant.  Five (5) Hispanic males exited the vehicle and entered the restaurant through the back door.  Xiang Hui YE entered the restaurant through the front door.  At approximately 10:12 a.m., the silver 2002 Pontiac 4-door registered to Chen Pan DENG arrived at the restaurant.  Two (2) Asian males exited the vehicle and entered the restaurant through the front door.  At approximately 10:17 a.m., the white 2002 Dodge van registered to Xian X. YE arrived at the restaurant.  Three (3) Asian males and one (1) Asian female exited the van and entered the restaurant through the rear door.  At approximately 10:32 a.m. the surveillance was terminated.

26.    On September 11, 2006, Affiant received the Employer's Contribution and Wage Reports for the Buffet City restaurant through the Illinois Department of Employment Security (IDES).  The IDES provided Employer's Contribution and Wage Reports for Buffet City's 2005

-11-

second, third, and fourth quarters and the 2006 first and second quarters. For the second quarter of 2005, Buffet City lists twenty (20) employees. All of the employees have Asian names. Two (2) of the individuals on the list are the owners, Xian Xi YE and Xiang Hui YE. Nine (9) of the individuals listed on the report have the same last name, the two (2) owners plus seven (7) others. For the third quarter of 2005, Buffet City lists nineteen (19) employees. All of the employees have Asian names. Two (2) of the individuals on the list are the owners, Xian Xi YE and Xiang Hui YE. Nine (9) of the individuals listed on the report have the same last name, the two (2) owners plus seven (7) others. For the fourth quarter of 2005, Buffet City lists seventeen (17) employees. All of the employees have Asian names. Two (2) of the individuals on the list are the owners, Xian Xi YE and Xiang Hui YE. Seven (7) of the individuals listed on the report have the same last name, the two (2) owners plus five (5) others. For the first quarter of 2006, Buffet City lists sixteen (16) employees. All of the employees have Asian names. Two (2) of the individuals on the list are the owners, Xian Xi YE and Xiang Hui YE. Eight (8) of the individuals listed on the report have the same last name, the two (2) owners plus six (6) others. For the second quarter of 2006, Buffet City lists fourteen (14) employees. All of the employees have Asian names. Two (2) of the individuals on the list are the owners, Xian Xi YE and Xiang Hui YE. Six (6) of the individuals listed on the report have the same last name, the two (2) owners plus four (4) others. Significantly, there are no individuals with Hispanic names listed on the Employer's Contribution and Wage Reports even though surveillance and interviews have confirmed that Hispanic employees were employed at the Buffet City restaurant.

27.    On September 11, 2006, beginning at approximately 9:45 a.m., surveillance was conducted by Affiant in the vicinity of the Buffet City restaurant, 1774 Wabash Avenue. During the surveillance, a total of five (5) vehicles were observed arriving at the restaurant. At approximately 10:08 a.m., the gold 2005 Porsche SUV registered to Xian Xi YE arrived at the restaurant. The driver of the vehicle was Xiang Hui YE. Xiang Hui YE and the passengers of the vehicle, two (2) Asian females and two (2) Asian males exited the vehicle and entered the restaurant through the front door. At approximately 10:09 a.m., the white 2002 Dodge van registered to Xian X. YE arrived at the restaurant. Two (2) Asian males and one (1) Asian female exited the van and entered the restaurant through the rear door. At approximately 10:10 a.m., the silver 2005 Porsche SUV registered to Xian G. YE and Yi YE arrived at the restaurant. Three (3) Hispanic males and two (2) Asian males exited the vehicle and entered the restaurant through the front door. At approximately 10:13 a.m., the black 2002 BMW SUV registered to Xian Y. YE arrived at the restaurant. Three (3) Asian males and one (1) Asian female exited the vehicle and entered the restaurant through the front door. At approximately 10:23 a.m., a red 2000 Toyota 2-door, Illinois registration HUI 5168, arrived at the restaurant. This vehicle is registered to Xian F. HE and Chang H. YE, 1774 Wabash Avenue, Springfield, Illinois. One (1) Asian female exited the vehicle and entered the restaurant through the front door. At approximately 10:33 a.m. the surveillance was terminated.

28.    On September 13, 2006, Affiant conducted ICE database queries of the fourteen (14) employees claimed by Buffet City restaurant to the IDES on the Employer's Contribution and Wage Report for the second quarter of 2006. Of the fourteen (14) employees, nine (9) are

not authorized employment in the United States. Of those nine (9) employees, five (5) have

previously been ordered removed from the United States by an Immigration Judge. Of the

remaining five (5) employees, there was no record found in ICE databases for four (4) of the

employees. One (1) of the employees has an Employment Authorization Document, which

expires on March 24, 2007.

29.     Based on the above information, there is:

a) probable cause to believe that Xiang Hui YE and Xian Xi YE the owners

and operators of the SUBJECT PREMISES, the Buffet City restaurant,

1774 Wabash Avenue, Springfield, Sangamon County, Illinois are

currently knowingly harboring and employing a number of aliens who are

illegally present in the United States. Based on the investigation in this

case, as well as my experience working similar alien harboring cases and

based on my conversations with other law enforcement officers who have

engaged in numerous investigations involving harboring illegal aliens and

unlawfully employing illegal aliens, Affiant believes that businesses

hiring large numbers of illegal alien employees (as well as the illegal

alien employees themselves) typically maintain fraudulent/false records

in the form of ledgers, I-9 forms, fraudulent immigration and Social

Security documents, time cards, smuggling ledgers, and pay stubs

reflecting payment to the illegal aliens. Based on the investigation to

date, it is believed that such records and other evidence of harboring and

employing illegal aliens in violation of 8 United States Code, Sections 1324 and 1324a may be found on SUBJECT PREMISES, the Buffet City restaurant, 1774 Wabash Avenue, Springfield, Sangamon County, Illinois.

b)  Probable cause to believe that Xian Xi YE and Xiang Hui YE have violated Title 8 U.S.C. § 1324a, which, among other things, make it a federal crime for any person to hire, or to recruit or refer for a fee, for employment in the United States an alien knowing the alien is an unauthorized alien with respect to such employment.  These violations occurred in Springfield, Illinois within the Central District of Illinois.

c)  probable cause to believe that Xian Xi YE and Xiang Hui YE have violated Title 8 U.S.C. § 1324, which, among other things, make it a federal crime for any person to knowingly or in reckless disregard of the fact that an alien has come to, entered, or remained in the United States in violation of law, to conceal, harbor, or shield from detection, such alien in any place, including any building or any means of transportation.  These violations occurred in Springfield, Illinois within the Central District of Illinois.

30.    In addition, a review of banks records received pursuant to subpoena issued to National City Bank, One Old Capitol Plaza North, Springfield, Illinois, for records in the names of Buffet City Corporation, Xian Hui Ye, and Xian Xi Ye for the period of January 1, 2005

through June 30, 2006, showed that account 644984586, in the name of Buffet City, disclosed total deposits of $1,327,144.96. Of this total, only $4,256.00 consisted of cash deposits. I have been told in conversations with an ICE financial analyst in Chicago that there is a reasonable expectation that cash deposits for Buffet City should have been substantially higher. Based on conversations with the undocumented Hispanic illegal aliens, they all indicated that they were paid in cash.

31.     It also appears that Xian Xi Ye and Xian Hui Ye are taking cash from the business. A review by the financial analyst of the National City Bank records for January 2005 to June of 2006 for account 768399143, in the name of Xian Hui Ye, showed cash deposits totaling $77,340.00. A review by the financial analyst of the National City Bank records for January 2005 to June of 2006 for account 768399231, in the name of Xian Xi Ye, showed cash deposits of $3952. In an application for a mortgage with National City Mortgage Company dated September 23, 2004, Xian Xi Ye claimed a monthly income of $12,500.00 with his only employment being Buffet City. Both Xian Xi Ye and Xian Hui Ye report a minimal amount of income to IDES. For the last year for which records are available, Xian Xi Ye reported income of approximately $2,200 per month and Xian Hui Ye reported income of approximately $1,600 per month. But, Xian Xi Ye owns two houses with a total value in excess of $400,000 and owns the Dodge van, the Lexus and the gold Porsche described above.

32. Both Xian Xi Ye and Xian Hui Ye have a safe deposit box at the National City Bank in Springfield, Illinois. Based upon the foregoing, Buffet City being a cash business and my knowledge that people often hide illegal cash in safe deposit boxes to protect it, I believe that

these two individuals may be hiding cash from illegal proceeds in their safe deposit boxes.

33.    A review of the National City Bank account records for Buffet City shows payments for the rental of the Westbrook Apartments and Chatham Hills Apartments at which several of the illegal alien workers were being harbored.  It appears that such payments of the rent was being made from the proceeds derived from the illegal harboring and hiring of illegal aliens offenses, both of which are specified unlawful activities.  Since the payment of the rent involves a financial transaction and was promoting the carrying on of such offenses, it is a violation of 18 U.S.C. § 1956(a)(1)(A)(i).

34.    Based on this additional information, there is probable cause to believe that the certain property outlined in Paragraph 3C of this affidavit which is subject to forfeiture as representing property involved in or which are proceeds of violations of Title 8 United States Code, Sections 1324 and 1324a.

s/ J. Brian Withers

J. Brian Withers, Special Agent
U.S. Immigration and Customs Enforcement

Subscribed and sworn to before me
on this 19th day of September, 2006

3:10 pm

s/ Byron G. Cudmore

BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE

E-FILED
Friday, 22 September, 2006  09:59:23 AM
Clerk, U.S. District Court, ILCD

# United States District Court

SEALED

CENTRAL   DISTRICT OF   ILLINOIS

UNITED STATES OF AMERICA

V.

XIANG HUI YE AND
[redacted]

FILED

**CRIMINAL COMPLAINT**

SEP 1 9 2006

CASE NUMBER 06-M- 3042

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about January 15, 2005 to September 11, 2006 in Sangamon county, in the _____ Central _____ District of _____ Illinois _____

defendant(s) did,

knowingly or in reckless disregard of the fact that an alien has come to or remained in the United States in violation of law, conceal, harbor, or shield from detection, such alien and did hire, recruit or refer for a fee for employment in the United States one or more alien(s) knowing the alien(s) are unauthorized alien(s) with respect to such employment

in violation of Title _____ 8 _____ United States Code, Sections _____ 1324 and 1324a _____

I further state that I am a Special Agent with Immigration & Customs Enforcement and that this complaint
_____Official Title_____
is based on the following facts:

See attached Affidavit

Continued on the attached sheet and made a part hereof:   **X** Yes    ☐ No

s/ J. Brian Withers
_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

September 19, 2006   3:10 pm   at   Springfield, IL
Date                                               City and State

Byron G. Cudmore                          s/ Byron G. Cudmore
United States Magistrate Judge          _____
Name & Title of Judicial Officer          Signature of Judicial Officer

STATE OF ILLINOIS )
) ss
COUNTY OF SANGAMON )

AFFIDAVIT

I, J. Brian Withers, the undersigned affiant, being duly sworn upon oath, depose and state as
follows:

1.    I am a Special Agent (SA) with the U.S. Department of Homeland Security,
Immigration and Customs Enforcement (ICE) and have been so employed since March 1, 2003.
I was previously employed by the U.S. Immigration and Naturalization Service for
approximately seven (7) years.  I am currently assigned to the Springfield, Illinois office.

2.    In my duties, I am assigned to investigate alleged violations of the Immigration
and Nationality Act, including activities which constitute harboring of illegal aliens and
unlawfully employing illegal aliens.

3.    This Affidavit is made in support of an application for:

A. A warrant to search the entire premises located at 1774 Wabash Avenue,
Springfield, Illinois described as:  The Buffet City, which is a restaurant
housed in a single-story business located at 1774 Wabash Avenue,
Springfield, Sangamon County, Illinois 62704.  The restaurant is located
on the west end of a strip mall.  The building is primarily constructed of
dark red brick.  There is a green awning on the north side of the building
with "Buffet City" in large red letters.  There is a red awning on the west
side of the building with "Buffet City" in large red letters above the

-1-

awning.  The front entrance for the restaurant is located on the north side of the building.  A loading dock and the rear entrance to the restaurant are located on the south side of the building.

B.  Criminal complaints charging Xiang Hui YE ███████████ with violations of Title 8 United States Code, Sections 1324 and 1324a.

C.  Warrants to seize the following property which is subject to forfeiture as representing property involved in or which are proceeds of violations of 8 United States Code, Sections 1324 and 1324a:

  i.   The contents of bank account ████████ in the name of Buffet City, located at National City Bank, One Old Capitol Plaza North, Springfield, Illinois;

  ii.  The contents of bank account ████████ in the name of Xian Hui Ye located at National City Bank, One Old Capitol Plaza North, Springfield, Illinois;

  iii. The contents of bank account ████████ in the name of ███████ ████ located at National City Bank, One Old Capitol Plaza North, Springfield, Illinois;

  iv.  The contents of a safe deposit box in the name of ████████ located at National City Bank, One Old Capitol Plaza North, Springfield, Illinois; and

  v.   The contents of a safe deposit box in the names of Xian Hui YE

-2-

and Xulan CHEN, located at National City Bank, One Old Capitol Plaza North, Springfield, Illinois.

4.    Title 8, United States Code, Section 1324, makes it a federal crime for any person to knowingly or in reckless disregard of the fact that an alien has come to, entered, or remained in the United States in violation of law, to conceal, harbor, or shield from detection, such alien in any place, including any building or any means of transportation. Title 8, United States Code, Section 1324a, makes it a federal crime for any person to hire, or to recruit or refer for a fee, for employment in the United States an alien knowing the alien is an unauthorized alien with respect to such employment.

5.    I am familiar with the information contained in this Affidavit based upon the investigation I have personally conducted as well as that conducted by fellow officers and agents, and based on my conversations with other law enforcement officers who have engaged in numerous investigations involving harboring illegal aliens and unlawfully employing illegal aliens.

   1) On January 15, 2005, ICE Senior Special Agent (SSA) Tom Merchant received a telephone call from an individual who identified himself as Cheng Quan Wang. Mr. Wang stated that he had been terminated from his job at the Buffet City restaurant in Springfield, Illinois because he informed his boss, Xiang Hui YE, that he did not like working with illegal aliens. Mr. Wang stated that there were approximately twenty-two (22) illegal Chinese and Mexican restaurant employees who resided with Xiang Hui YE at 1531 Seven Pines Road, Apartment G,

Springfield, Illinois and other nearby apartments which were provided by Xiang Hui YE.

6.    On January 24, 2005, at approximately 9:54 a.m., surveillance was conducted by SSA Tom Merchant and SSA Stuart Kutz in the vicinity of 1531 Seven Pines Road. Six (6) individuals that appeared to be of Asian descent exited Apartment G and entered a white Dodge van which was driven to a parking lot near 3301 Gaines Mill Road. Eight (8) additional Asian individuals entered the van and two (2) Asian individuals entered a beige Honda sedan. The two vehicles departed the parking lot and drove to the Buffet City restaurant located at 1774 Wabash Avenue. At approximately 10:05 a.m., the sixteen (16) Asian individuals entered the restaurant through the rear door.

7.    Record checks indicate that the registered agent for Buffet City Corporation is Xiang Hui YE and lists the corporate president and secretary as ▮▮▮▮▮▮▮ at 3301 Gaines Mill Road. Record checks show that Xiang Hui YE ▮▮▮▮▮▮▮▮▮, referred to hereinafter as the owners, are the leaseholders for the property where the Buffet City restaurant is located.

8.    On or about April 7, 2005, SSA Merchant received a request for assistance from U.S. Department of Labor, Wage and Hour Investigator (WHI) Fred Wrightam. WHI Wrightam stated that he had received a complaint from an employee of the Buffet City restaurant related to wage violations and he requested assistance on surveillance and conducting interviews of the employees. The complainant claimed to reside at 1833 Seven Pines Road.

9.    On April 12, 2005, the apartment manager for Westbrook Apartments stated that the Hispanic employees of the Buffet City restaurant reside within the Westbrook Apartment

Complex at 1805 Seven Pines Road, Apartment 3.  At approximately 9:30 a.m., SSA Merchant and SSA Scott Williams conducted surveillance in the vicinities of 1805 Seven Pines Road and 1774 Wabash Avenue.  Between 10:00 a.m. and 10:30 a.m. eight (8) Hispanic males exited 1805 Seven Pines Road and four (4) of these individuals were observed as they entered the restaurant through the rear door.  During the same time period, eleven (11) Asian individuals arrived at the restaurant in five (5) separate vehicles and entered the restaurant.  Several of these individuals were observed as they were performing various jobs at the restaurant during the day. Surveillance was terminated at approximately 3:30 p.m. and re-established at approximately 10:00 p.m.  Between 10:00 p.m. and 10:15 p.m., five (5) Hispanic individuals departed the restaurant afoot and ten (10) Asian individuals departed the restaurant in vehicles.

      10.     On April 28, 2005, U.S. Department of Labor, Wage and Hour Investigators, accompanied by SSA Tom Merchant, SSA Stuart Kutz and Affiant interviewed some of the employees at the Buffet City restaurant.  Several Asian employees departed the restaurant without being interviewed.  Eight (8) Hispanic employees were interviewed and they stated that they were not required to present any documents nor complete any forms in order to be employed at the restaurant.  They stated that their residence at 1805 Seven Pines Road, Apartment 3 was provided by the owners of the restaurant.  The apartment manager at Westbrook Apartments provided Affiant with a copy of the lease for 1805 Seven Pines Road, Apartment 3.  That lease was signed by Xiang Hui YE and was effective between January 1, 2005 and December 31, 2005.

11.    On May 4, 2005, the owners of the Buffet City restaurant provided WHI Wrightam with copies of Employment Eligibility Verification forms (Forms I-9) relating to fourteen (14) Asian employees of the restaurant. No I-9 forms were provided which related to the Hispanic employees.

12.    On May 6, 2005, WHI Wrightam advised SSA Merchant that the eight (8) Hispanic employees of the restaurant that were interviewed on April 28, 2005, were being terminated on May 8, 2005. SSA Merchant and SSA Kutz traveled to 1805 Seven Pines Road, Apartment 3 and spoke with ten (10) former employees, including the eight (8) that were interviewed on April 28, 2005, of the Buffet City restaurant. These individuals all admitted that they are undocumented Mexican citizens. They stated that they were given until May 15, 2005 to vacate the apartment. They also stated that the owners of the restaurant had told them, through an unknown Hispanic interpreter, that they could be rehired at the restaurant if they could obtain fraudulent employment documents.

13.    WHI Wrightham analyzed payroll information he had received regarding Buffet City and provided SSA Merchant with a summary of unpaid wages regarding current and former employees of Buffet City for approximately a two year period. Based on this summary, Wrightham concluded Buffet City underpaid these workers $266,366.00 during this period.

14.    On August 5, 2005, a confidential informant (CI) was equipped with video and audio recording devices. The CI was an undocumented alien who had previously worked at Buffet City. The CI was provided with a fraudulent Alien Registration Receipt Card (Form I-551) and a fraudulent social security card which had been manufactured by the ICE Forensic

Document Laboratory. The CI was also provided with a photocopy of these documents. At approximately 10:45 a.m., the CI entered the rear door of the Buffet City restaurant. The CI provided ████████ with the photocopy of the fraudulent documents and informed him of the same. The CI was rehired by ████████ and worked for approximately one hour. The CI made the excuse of a need to return to Mexico and departed the restaurant.

15.     On August 25, 2005, SSA Merchant requested the Employer's Contribution and Wage Report for the Buffet City restaurant through the Illinois Department of Employment Security (IDES). The IDES provided Employer's Contribution and Wage Reports for Buffet City's 2004 fourth quarter and the 2005 first quarter. For the fourth quarter of 2004, Buffet City lists fifteen (15) employees. All of the employees have Asian names. Two (2) of the individuals on the list are the owners, ████████ Xiang Hui YE. Nine (9) of the individuals listed on the report have the same last name, the two (2) owners plus seven (7) others. For the first quarter of 2005, Buffet City lists eleven (11) employees. All of the employees have Asian names. Two (2) of the individuals on the list are the owners, ████████ Xiang Hui YE. Nine (9) of the individuals listed on the report have the same last name, the two (2) owners plus seven (7) others. Significantly, there are no individuals with Hispanic names listed on the Employer's Contribution and Wage Reports even though surveillance and interviews have confirmed that Hispanic employees were employed at the Buffet City restaurant.

16.     On September 25, 2005, while walking near the Buffet City restaurant the CI was encountered by ████████ near the Buffet City restaurant. ████████ informed the CI that an employee had recently departed and that the CI could be rehired.

17.     On September 27, 2005, SSA Merchant and Affiant transported the CI to the Buffet City restaurant.  The CI made arrangements with ████████ to be rehired, effective September 30, 2005.

18.     On September 30, 2005, the CI was equipped with video and audio recording devices.  At approximately 10:10 a.m., the CI entered the Buffet City restaurant and began preparing food in the kitchen.  At approximately 11:20 a.m., the CI departed the restaurant and the recording devices were removed.  The CI re-entered the restaurant to continue working and surveillance was terminated.

19.     On October 13, 2005, SSA Merchant and WHI Wrightam met with the CI.  The CI stated that on October 1, 2005, the owners of the Buffet City restaurant had allowed him to return to the apartment at 1805 Seven Pines Road, Apartment 3.  The CI stated that there were four (4) additional Hispanic employees of the restaurant who were residing at the apartment and that the owners of the restaurant were providing free lodging.

20.     On December 1, 2005, an arrest operation was conducted in the vicinity of 1805 Seven Pines Road, Apartment 3 and 1774 Wabash Road.  Five (5) undocumented Mexican citizens were arrested.  All of these individuals were employed at the Buffet City restaurant.  These individuals stated that they did not have to provide any immigration documents or complete any forms in order to work at the Buffet City restaurant.  These individuals stated that their apartment was provided by the owners of the Buffet City restaurant.

21.     On December 2, 2005 at approximately 10:10 a.m., SSA Merchant and Affiant transported two (2) of the Mexican individuals who had been arrested on December 1, 2005 to

the Buffet City restaurant to obtain wages that were due to them. Xian Xi YE was present and stated that "Tommy" (Xiang Hui YE) would be arriving soon at the restaurant. At approximately 10:20 a.m., Xiang Hui YE arrived at the restaurant. Xiang Hui YE ██████ ██ pooled their money and paid the employees. SSA Merchant asked Xiang Hui YE whether he completed I-9 forms for his Mexican employees and YE said, "It is difficult to find kitchen workers and dishwashers. I did not complete I-9 forms for the Mexican employees because they did not have documents." Xiang Hui YE retrieved certain I-9 forms for Asian employees from behind the front counter of the restaurant and provided SSA Merchant with the I-9 forms for seventeen (17) Asian employees. No I-9 form was provided which related to ██████ When SSA Merchant asked ██████ whether he had any documents, ██████ said something in Chinese, then Xiang Hui YE stated that the documents had been left at the bank. ICE database checks previously conducted by SSA Merchant show that ██████ was ordered removed from the United States to China by the Immigration Judge at New York, New York on February 7, 1997.

22.     On June 9, 2006, beginning at approximately 9:30 a.m., surveillance was conducted by SSA Kutz and Affiant in the vicinity of the Buffet City restaurant, 1774 Wabash Avenue. During the surveillance, a total of six (6) vehicles were observed arriving at the restaurant. At approximately 9:50 a.m., the black 2004 Lexus SUV registered to ██████ arrived at the restaurant. ██████ exited the vehicle and entered the restaurant through the front door. At approximately 10:02 a.m., a white 1992 Toyota 4-door, Illinois registration 257 7760, arrived at the restaurant. This vehicle is registered to Mario OLARA, 2220 South St.

Louis, Chicago, Illinois. Four (4) Hispanic males exited the vehicle and entered the restaurant through the front door. At approximately 10:45 a.m. the surveillance was terminated.

23.    On June 13, 2006, beginning at approximately 8:20 a.m., surveillance was conducted by Affiant in the vicinity of the Westbrook Apartments, Seven Pines Road, Springfield, Illinois. During the surveillance, Affiant observed the white 1992 Toyota 4-door, that is registered to Mario OLARA, parked in the lot in front of the apartment building at 1809 Seven Pines Road. Affiant contacted Ms. Leanne Beard, Assistant Property Manager of the Westbrook Apartments, who confirmed that the Buffet City restaurant pays the rent for the individuals residing at 1809 Seven Pines Road, Apartment 8. Ms. Beard also provided a copy of the lease for 1809 Seven Pines Road, Apartment 8. That lease was signed by Xiang Hui YE and was effective between July1, 2005 and June 30, 2006.

24.    On June 13, 2006, beginning at approximately 9:15 a.m., surveillance was conducted by Affiant in the vicinity of the Chatham Hills Apartments, Candlewood Drive, Springfield, Illinois. During the surveillance, Affiant observed the white 2002 Dodge van, that is registered to ██████████, parked in the lot in front of the apartment building at 4 Candlewood Drive. Affiant contacted Ms. Missy Singer, Regional Manager of the Chatham Hills Apartments, who confirmed that the Buffet City restaurant pays the rent for the individuals residing at 4 Candlewood Drive, Apartment 10. Ms. Singer also provided a copy of the lease for 4 Candlewood Drive, Apartment 10. The lease shows that five (5) Asian males and one (1) Asian female are residing in the apartment. The lease was signed by Xiang Hui YE and was effective between August1, 2005 and July 31, 2006.

25.    On July 25, 2006, beginning at approximately 10:02 a.m., surveillance was conducted by Affiant in the vicinity of the Buffet City restaurant, 1774 Wabash Avenue. During the surveillance, a total of four (4) vehicles were observed arriving at the restaurant. At approximately 10:05 a.m., the gold 2005 Porsche SUV registered to ████████ arrived at the restaurant. The driver of the vehicle was Xiang Hui YE. The passengers of the vehicle, three (3) Asian females and one (1) Asian male exited the vehicle and entered the restaurant through the front door. Xiang Hui YE then departed the restaurant parking lot and drove South. At approximately 10:07 a.m., the silver 2005 Porsche SUV registered to Xian G. YE and Yi YE arrived at the restaurant. Two (2) Asian males exited the vehicle and entered the restaurant through the front door. At approximately 10:10 a.m., the gold 2005 Porsche SUV driven by Xiang Hui YE returned to the restaurant. Five (5) Hispanic males exited the vehicle and entered the restaurant through the back door. Xiang Hui YE entered the restaurant through the front door. At approximately 10:12 a.m., the silver 2002 Pontiac 4-door registered to Chen Pan DENG arrived at the restaurant. Two (2) Asian males exited the vehicle and entered the restaurant through the front door. At approximately 10:17 a.m., the white 2002 Dodge van registered to ████████ arrived at the restaurant. Three (3) Asian males and one (1) Asian female exited the van and entered the restaurant through the rear door. At approximately 10:32 a.m. the surveillance was terminated.

26.    On September 11, 2006, Affiant received the Employer's Contribution and Wage Reports for the Buffet City restaurant through the Illinois Department of Employment Security (IDES). The IDES provided Employer's Contribution and Wage Reports for Buffet City's 2005

second, third, and fourth quarters and the 2006 first and second quarters. For the second quarter of 2005, Buffet City lists twenty (20) employees. All of the employees have Asian names. Two (2) of the individuals on the list are the owners, ████████ Xiang Hui YE. Nine (9) of the individuals listed on the report have the same last name, the two (2) owners plus seven (7) others. For the third quarter of 2005, Buffet City lists nineteen (19) employees. All of the employees have Asian names. Two (2) of the individuals on the list are the owners, ████████ ██ Xiang Hui YE. Nine (9) of the individuals listed on the report have the same last name, the two (2) owners plus seven (7) others. For the fourth quarter of 2005, Buffet City lists seventeen (17) employees. All of the employees have Asian names. Two (2) of the individuals on the list are the owners, ████████ Xiang Hui YE. Seven (7) of the individuals listed on the report have the same last name, the two (2) owners plus five (5) others. For the first quarter of 2006, Buffet City lists sixteen (16) employees. All of the employees have Asian names. Two (2) of the individuals on the list are the owners, ████████ Xiang Hui YE. Eight (8) of the individuals listed on the report have the same last name, the two (2) owners plus six (6) others. For the second quarter of 2006, Buffet City lists fourteen (14) employees. All of the employees have Asian names. Two (2) of the individuals on the list are the owners, ████████ Xiang Hui YE. Six (6) of the individuals listed on the report have the same last name, the two (2) owners plus four (4) others. Significantly, there are no individuals with Hispanic names listed on the Employer's Contribution and Wage Reports even though surveillance and interviews have confirmed that Hispanic employees were employed at the Buffet City restaurant.

27.    On September 11, 2006, beginning at approximately 9:45 a.m., surveillance was conducted by Affiant in the vicinity of the Buffet City restaurant, 1774 Wabash Avenue. During the surveillance, a total of five (5) vehicles were observed arriving at the restaurant. At approximately 10:08 a.m., the gold 2005 Porsche SUV registered to ███████ arrived at the restaurant. The driver of the vehicle was Xiang Hui YE. Xiang Hui YE and the passengers of the vehicle, two (2) Asian females and two (2) Asian males exited the vehicle and entered the restaurant through the front door. At approximately 10:09 a.m., the white 2002 Dodge van registered to ████████ arrived at the restaurant. Two (2) Asian males and one (1) Asian female exited the van and entered the restaurant through the rear door. At approximately 10:10 a.m., the silver 2005 Porsche SUV registered to Xian G. YE and Yi YE arrived at the restaurant. Three (3) Hispanic males and two (2) Asian males exited the vehicle and entered the restaurant through the front door. At approximately 10:13 a.m., the black 2002 BMW SUV registered to Xian Y. YE arrived at the restaurant. Three (3) Asian males and one (1) Asian female exited the vehicle and entered the restaurant through the front door. At approximately 10:23 a.m., a red 2000 Toyota 2-door, Illinois registration HUI 5168, arrived at the restaurant. This vehicle is registered to Xian F. HE and Chang H. YE, 1774 Wabash Avenue, Springfield, Illinois. One (1) Asian female exited the vehicle and entered the restaurant through the front door. At approximately 10:33 a.m. the surveillance was terminated.

28.    On September 13, 2006, Affiant conducted ICE database queries of the fourteen (14) employees claimed by Buffet City restaurant to the IDES on the Employer's Contribution and Wage Report for the second quarter of 2006. Of the fourteen (14) employees, nine (9) are

not authorized employment in the United States. Of those nine (9) employees, five (5) have previously been ordered removed from the United States by an Immigration Judge. Of the remaining five (5) employees, there was no record found in ICE databases for four (4) of the employees. One (1) of the employees has an Employment Authorization Document, which expires on March 24, 2007.

    29.     Based on the above information, there is:

        a) probable cause to believe that Xiang Hui YE ████████████ the owners and operators of the SUBJECT PREMISES, the Buffet City restaurant, 1774 Wabash Avenue, Springfield, Sangamon County, Illinois are currently knowingly harboring and employing a number of aliens who are illegally present in the United States. Based on the investigation in this case, as well as my experience working similar alien harboring cases and based on my conversations with other law enforcement officers who have engaged in numerous investigations involving harboring illegal aliens and unlawfully employing illegal aliens, Affiant believes that businesses hiring large numbers of illegal alien employees (as well as the illegal alien employees themselves) typically maintain fraudulent/false records in the form of ledgers, I-9 forms, fraudulent immigration and Social Security documents, time cards, smuggling ledgers, and pay stubs reflecting payment to the illegal aliens. Based on the investigation to date, it is believed that such records and other evidence of harboring and

employing illegal aliens in violation of 8 United States Code, Sections 1324 and 1324a may be found on SUBJECT PREMISES, the Buffet City restaurant, 1774 Wabash Avenue, Springfield, Sangamon County, Illinois.

b) Probable cause to believe that ███████████ Xiang Hui YE have violated Title 8 U.S.C. § 1324a, which, among other things, make it a federal crime for any person to hire, or to recruit or refer for a fee, for employment in the United States an alien knowing the alien is an unauthorized alien with respect to such employment. These violations occurred in Springfield, Illinois within the Central District of Illinois.

c) probable cause to believe that ███████████ Xiang Hui YE have violated Title 8 U.S.C. § 1324, which, among other things, make it a federal crime for any person to knowingly or in reckless disregard of the fact that an alien has come to, entered, or remained in the United States in violation of law, to conceal, harbor, or shield from detection, such alien in any place, including any building or any means of transportation. These violations occurred in Springfield, Illinois within the Central District of Illinois.

30.    In addition, a review of banks records received pursuant to subpoena issued to National City Bank, One Old Capitol Plaza North, Springfield, Illinois, for records in the names of Buffet City Corporation, Xian Hui Ye, ███████████ for the period of January 1, 2005

-15-

through June 30, 2006, showed that account ███████ in the name of Buffet City, disclosed

total deposits of $1,327,144.96. Of this total, only $4,256.00 consisted of cash deposits. I have

been told in conversations with an ICE financial analyst in Chicago that there is a reasonable

expectation that cash deposits for Buffet City should have been substantially higher. Based on

conversations with the undocumented Hispanic illegal aliens, they all indicated that they were

paid in cash.

     31.    It also appears that ██████████ Xian Hui Ye are taking cash from the

business. A review by the financial analyst of the National City Bank records for January 2005

to June of 2006 for account ██████████, in the name of Xian Hui Ye, showed cash deposits

totaling $77,340.00. A review by the financial analyst of the National City Bank records for

January 2005 to June of 2006 for account ██████████ in the name of ██████████, showed cash

deposits of $3952. In an application for a mortgage with National City Mortgage Company

dated September 23, 2004, ██████████ claimed a monthly income of $12,500.00 with his only

employment being Buffet City. Both ██████████ Xian Hui Ye report a minimal amount of

income to IDES. For the last year for which records are available, ██████████ reported income

of approximately $2,200 per month and Xian Hui Ye reported income of approximately $1,600

per month. But, ██████████ owns two houses with a total value in excess of $400,000 and owns

the Dodge van, the Lexus and the gold Porsche described above.

     32. Both ██████████ and Xian Hui Ye have a safe deposit box at the National City Bank

in Springfield, Illinois. Based upon the foregoing, Buffet City being a cash business and my

knowledge that people often hide illegal cash in safe deposit boxes to protect it, I believe that

these two individuals may be hiding cash from illegal proceeds in their safe deposit boxes.

33.    A review of the National City Bank account records for Buffet City shows payments for the rental of the Westbrook Apartments and Chatham Hills Apartments at which several of the illegal alien workers were being harbored. It appears that such payments of the rent was being made from the proceeds derived from the illegal harboring and hiring of illegal aliens offenses, both of which are specified unlawful activities. Since the payment of the rent involves a financial transaction and was promoting the carrying on of such offenses, it is a violation of 18 U.S.C. § 1956(a)(1)(A)(i).

34.    Based on this additional information, there is probable cause to believe that the certain property outlined in Paragraph 3C of this affidavit which is subject to forfeiture as representing property involved in or which are proceeds of violations of Title 8 United States Code, Sections 1324 and 1324a.

s/ J. Brian Withers

J. Brian Withers, Special Agent
U.S. Immigration and Customs Enforcement

Subscribed and sworn to before me
on this 19th day of September, 2006

3:10 pm

s/ Byron G. Cudmore

BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE

-17-