E-FILED
Wednesday, 27 September, 2006 03:27:57 PM
Clerk, U.S. District Court, ILCD

United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **WARRANT FOR ARREST** |
| Plaintiff | ) | |
| | ) | |
| vs | ) | |
| | ) | CASE NO. 06-3042-M |
| **XIANG HUI YE** | ) | |
| | ) | **FILED** |
| Defendant | ) | SEP 2 7 2006 |

*FILED* SEP 22 2006 *RECEIVED*

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO: THE U. S. MARSHAL and any
AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest Jin Cheng Li, Date of Birth 7-4-81, and bring him or her forthwith to the nearest magistrate judge to answer the Government's Motion for Material Witness Arrest Warrants pursuant to Title 18, United States Code, Section 3144.

| | |
|---|---|
| **Honorable Byron G. Cudmore** | **U.S. Magistrate Judge** |
| Name of Judicial Officer | Title of Judicial Officer |
| **s/Byron G. Cudmore** | **September 21, 2006 at Springfield, Illinois** |
| Signature of Judicial Officer | BYRON CUDMORE UNITED STATES MAGISTRATE JUDGE |

Bail fixed at $ **NO BAIL** by _____.

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at **Springfield**

| Date Received 09/22/06 | Name of Arresting Officer J Moreau | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 09/26/06 | Title of Arresting Officer DUSM | |

Buffet City--Cheng Li--Arrest Warrant.frm