United States District Court
**CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> Plaintiff ) <br> ) <br> vs ) <br> ) <br> XIANG HUI YE ) <br> ) <br> Defendant ) | **WARRANT FOR ARREST** <br><br> CASE NO. 06-3042-M <br><br> **FILED** <br> SEP 2 7 2006 <br><br> JOHN M. WATERS, Clerk <br> U.S. DISTRICT COURT <br> CENTRAL DISTRICT OF ILLINOIS |

**TO:**   THE U. S. MARSHAL and any
AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED to arrest** Yan Feng Ye, Date of Birth 9-28-82, and bring him or her forthwith to the nearest magistrate judge to answer the Government's Motion for Material Witness Arrest Warrants pursuant to Title 18, United States Code, Section 3144.

__Honorable Byron G. Cudmore__      __U.S. Magistrate Judge__
Name of Judicial Officer             Title of Judicial Officer

**s/Byron G. Cudmore**                __September 21, 2006 at Springfield, Illinois__
Signature of Judicial Officer         Date and Location

Bail fixed at $ __NO BAIL__ by  __BYRON CUDMORE, UNITED STATES MAGISTRATE JUDGE__

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at  _Springfield_ | | |
| Date Received 9/22/06 | Name of Arresting Officer  J Moreau | Signature of Arresting Officer |
| Date of Arrest 9/26/06 | Title of Arresting Officer  DUSM | [signature] |

Buffet City--Feng YE--Arrest Warrant.frm