United States District Court
**CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **WARRANT FOR ARREST** |
| Plaintiff | ) | |
| | ) | |
| vs | ) | |
| | ) | CASE NO. 06-3042-M |
| **XIANG HUI YE** | ) | |
| | ) | |
| Defendant | ) | |

**FILED**
SEP 27 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RECEIVED 2006 SEP 22 P 3:49

TO:    THE U. S. MARSHAL and any
AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest Xiang Jin Ye, Date of Birth 12-5-78, and bring him or her forthwith to the nearest magistrate judge to answer the Government's Motion for Material Witness Arrest Warrants pursuant to Title 18, United States Code, Section 3144.

**Honorable Byron G. Cudmore**              **U.S. Magistrate Judge**
Name of Judicial Officer                              Title of Judicial Officer

[signature]                                         **September 21, 2006 at Springfield, Illinois**
Signature of Judicial Officer                         Date and Location

Bail fixed at $ **No BAIL** by   BYRON CUDMORE
                                 UNITED STATES
                                 MAGISTRATE JUDGE

RETURN
This warrant was received and executed with the arrest of the above named defendant at   Springfield IL

| Date Received 9-22-06 | Name of Arresting Officer Shawn P. Langley | Signature of Arresting Officer [signature] |
|---|---|---|
| Date of Arrest 9-26-06 | Title of Arresting Officer D. USM | |

*Buffet City--Jin YE--Arrest Warrant.frm*