E-FILED
Wednesday, 27 September, 2006  03:34:18 PM
Clerk, U.S. District Court, ILCD

United States District Court
**CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** ) | | **WARRANT FOR ARREST** |
| Plaintiff ) | | |
| ) | | |
| vs ) | | |
| ) | | **CASE NO.** 06-3042-M |
| **XIANG HUI YE** ) | | |
| ) | | |
| Defendant ) | | |

**FILED**
SEP 2 7 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO:   THE U. S. MARSHAL and any
      AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED to arrest** Mateo Vasquez-Flores, Date of Birth 2-7-74, and bring him or her forthwith to the nearest magistrate judge to answer the Government's Motion for Material Witness Arrest Warrants pursuant to Title 18, United States Code, Section 3144.

| | |
|---|---|
| **Honorable Byron G. Cudmore** | **U.S. Magistrate Judge** |
| Name of Judicial Officer | Title of Judicial Officer |

**s/Byron G. Cudmore**                    **September 21, 2006 at Springfield, Illinois**
Signature of Judicial Officer               Date and Location

Bail fixed at $ **No Bail** by   BYRON CUDMORE
                                UNITED STATES
                                MAGISTRATE JUDGE

---

**RETURN**
This warrant was received and executed with the arrest of the above named defendant at  Springfield IL

| Date Received 9-22-06 | Name of Arresting Officer Shawn O. Langley | Signature of Arresting Officer |
| Date of Arrest 9-26-06 | Title of Arresting Officer D. USM | |

Buffet City--Vasquez-Flores--Arrest Warrant.frm