E-FILED
Wednesday, 27 September, 2006  03:35:30 PM
Clerk, U.S. District Court, ILCD

United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **WARRANT FOR ARREST** |
| Plaintiff | ) | |
| | ) | |
| vs | ) | |
| | ) | CASE NO. 06-3042-M |
| **XIANG HUI YE** | ) | |
| | ) | **FILED** |
| Defendant | ) | SEP 2 7 2006 |

RECEIVED 2006 SEP 22 P 3: 50

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**TO:**    THE U. S. MARSHAL and any
AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED to arrest** Pandeng Chen, Date of Birth 1-17-76, and bring him or her forthwith to the nearest magistrate judge to answer the Government's Motion for Material Witness Arrest Warrants pursuant to Title 18, United States Code, Section 3144.

**Honorable Byron G. Cudmore**
Name of Judicial Officer

**U.S. Magistrate Judge**
Title of Judicial Officer

s/Byron G. Cudmore
Signature of Judicial Officer

**September 21, 2006 at Springfield, Illinois**
Date and Location

BYRON CUDMORE
UNITED STATES
MAGISTRATE JUDGE

Bail fixed at $  No Bail  by _____.

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at *Springfield IL* | | |
| Date Received 9-22-06 | Name of Arresting Officer Shawn D. Langley | Signature of Arresting Officer |
| Date of Arrest 9-26-06 | Title of Arresting Officer D.U.S.M | |

Buffet City--Pandeng Chen--Arrest Warrant.frm