E-FILED
Monday, 02 October, 2006   04:54:38 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.  06-3042M |
| ) | |
| XIANG HUI YE, and ) | |
| XIANG Xi YE, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR DETENTION HEARING**
**Pursuant to 18 U.S.C. §3144**

NOW COMES the Material Witnesses, Yan Feng Ye, Xiang Jin Ye, Pandeng Chen (hereinafter "Chen"), and Jin Cheng Li (hereinafter "Li"), by their attorney, Assistant Federal Defender Douglas J. Beevers, and moves this Honorable Court to schedule a timely hearing to address the Government's motion to detain the witnesses.  As grounds for the motion, witnesses state the following:

  1.  The witnesses' initial appearance was held on September 26, 2006, and a detention hearing was set for Friday, September 29, 2006;

  2.  On September 29, 2006, the four above witnesses requested a detention hearing.  The court ruled that the detention hearings could not be held until both co-defendants had counsel and set a status conference to schedule depositions or detention hearings on Monday October 2, 2006, after the defendant's detention hearings;

  3.  On Monday, October 2, 2006, the Court continued both co-defendants' detention hearings until October 10, 2006.  The witnesses have no standing to object to these motions to continue.  Attorney Steve Sabin's office advised the Court that he would be representing Xiang Xi Ye on October 10, 2006;

*United States v. Xiang Hui Ye,*
*No. 06-M-3042*
*Motion to Set Detention Hearing*

The Court has authority to detain material witnesses pursuant to 18 U.S.C. §3144 which requires the Court to "treat the person in accordance with the provisions of section 3142 of this Title." Pursuant to 18 U.S.C. §3142(f) a detention hearing must be held immediately at the initial appearance unless either party seeks a continuance. However:

> Except for good cause, a continuance on motion of such person may not exceed five days (not including any intermediate Saturday, Sunday or legal holiday.

18 U.S.C. §3142(f)(2). Since the witnesses' initial appearances were held on September 26, 2006, a detention hearing must be held by October 3, 2006, to be timely. Although the witnesses did not specifically request to continue the detention hearing until Monday, he did not object to the obvious need to wait until Monday, October 3, 2006, when all the attorneys and the Court's qualified interpreter could be available. Courts have held that a hearing held within five days is timely where the temporarily detained defendant did not object. *United States v. Madruga*, 810 F.2d 1010 (11 th Cir. 1987).

Although absence of an interpreter could be a factor for good cause, Mr. Chen does not need an interpreter, and there is no reason his detention hearing cannot be held by October 4, 2006. The Eleventh Circuit has held that it was error to delay detention hearings for defendants who had counsel and did not need interpreters even though other defendants had good cause to delay. *United States v. Hurtado*, 779 F.2d 1467 (11th Cir. 1985), rehearing denied 788 F.2d 1570.

A continuance to suit the schedule of counsel is not for "good cause" at least in absence of showing that no other lawyer is available to handle an earlier hearing, that time is in fact necessary for preparation, or some other valid reason clearly set forth in the record. *U.S. v. Al-Azzawy*, 768 F.2d 1141 (9th Cir. 1985).

---

*United States v. Xiang Hui Ye,*
*No. 06-M-3042*
*Motion to Set Detention Hearing*

  The witnesses contend that delaying the detention hearing beyond the five day period violates 18 U.S.C. §3142 and is therefore unlawful pursuant to 18 U.S.C. §3144. In particular, there is no good cause to delay the hearing for Mr. Chen who speaks English and has his aunt as a proposed third party custodian: Qin-huan Huan, 102 Madison St., Apt. 6B, New York, NY 10002 (212)385-3651. Mrs. Huan is a legal permanent resident and has lived in New York for 8 years.

  There is also no good cause to delay the hearing for Yan Feng Ye who is a legal resident of Canada with employment and family in Toronto. She has family in Springfield, including her sister in law who is a legal resident with whom she can stay until a trial or deposition. Her immigration bond is only $5000 and her family will be able to pay that within one or two days if released by this court. Yan Feng Ye's testimony is of marginal relevance since she only is a witness in a related petty offense not in the felony offense. She contends that the §3142 factor of the weight of the evidence" in a witness case should be evaluated as the significance of the evidence in the prosecution's case. In her case, it is negligible.

  The witnesses' counsel is on vacation from October 10, 2006, to October 13, 2006, and asks the Court to schedule a detention hearing as soon as possible.

            Respectfully submitted,

            RICHARD H. PARSONS,
            Chief Federal Public Defender,

        By: s/ Douglas J. Beevers
           Douglas J. Beevers
           Assistant Federal Defender
           600 East Adams Street, 2nd Floor
           Springfield, Illinois 62701
           Telephone: (217) 492-5070
           Fax: (217) 492-5077
           E-mail: douglas_beevers@fd.org

*United States v. Xiang Hui Ye,*
*No. 06-M-3042*
*Motion to Set Detention Hearing*

## PROOF OF SERVICE

      I hereby certify that on October 2, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

AUSA Patrick Chesley
Office of the United States Attorney
318 S. Sixth Street
Springfield, IL 62701

Jon Gray Noll, Esq.
Attorney for Xiang Hui Ye

Scott Sabin, Esq.
Attorney for Xiang Xi Ye

                                    By:   s/ Douglas J. Beevers
                                           Douglas J. Beevers
                                           Assistant Federal Defender
                                           600 East Adams Street, 2nd Floor
                                           Springfield, Illinois  62701
                                           Telephone: (217) 492-5070
                                           Fax: (217) 492-5077
                                           E-mail: douglas_beevers@fd.org