# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA | ) | **WARRANT FOR ARREST** |
|---|---|---|
| Plaintiff | ) | |
| | ) | |
| vs | ) | |
| | ) | CASE NO. 06-3042-m |
| XIANG HUI YE AND | ) | |
| XIAN XI YE | ) | |
| Defendant | ) | |

**FILED**
OCT 02 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO:    THE U. S. MARSHAL and any AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest Xian Xi Ye, and bring him or her forthwith to the nearest magistrate judge to answer Complaint charging him or her with knowingly concealing or harboring aliens and did hire or recruit for employment in the United States an alien knowing the alien is an unauthorized alien with respect to such employment in violation of Title 8, United States Code, Sections 1324 and 1324a.

| Honorable Byron G. Cudmore | U.S. Magistrate Judge |
|---|---|
| Name of Judicial Officer | Title of Judicial Officer |

**s/Byron G. Cudmore**
Signature of Judicial Officer

September 19, 2006 at Springfield, Illinois
Date and Location

BYRON CUDMORE
UNITED STATES
MAGISTRATE JUDGE

Bail fixed at $ **No Bail** by _____.

### RETURN

This warrant was received and executed with the arrest of the above named defendant at **St. Louis, MO.**

| Date Received 09/20/06 | Name of Arresting Officer A. Alessandra | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 09/28/06 | Title of Arresting Officer I.C.E. | *[signature]* |

*Buffet City--Xi YE--Arrest Warrant.frm*