E-FILED
Wednesday, 04 October, 2006  10:20:04 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 06-3042-M |
| ) | |
| XIANG HUI YE and ) | |
| XIAN XI YE, ) | |
| ) | |
| Defendants. ) | |

## MATERIAL WITNESS DETENTION ORDER

BEFORE U.S. MAGISTRATE JUDGE BYRON CUDMORE:

On October 3, 2006, a detention hearing was requested by the Government in the above listed cause. Material Witness Jin Cheng Li, represented by court appointed counsel, Douglas Beevers, and assisted by an interpreter, knowingly and voluntarily waived his right to a detention hearing and consented to being detained herein, subject to being reopened pursuant to statute. Based upon the knowing waiver of Jin Cheng Li's right to a detention hearing, Defendant Jin Cheng Li is ordered detained.

WHEREFORE, the Material Witness is committed to the custody of the Attorney General, or his designated representative, for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

The Material Witness shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a Court of the United States, or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Material Witness to the U.S. Marshal for the purpose of an appearance in connection with a court proceeding herein.

ENTER: October 3, 2006

s/ Byron G. Cudmore
_____
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE