E-FILED
Wednesday, 04 October, 2006  10:21:45 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 06-3042-M |
| | ) |
| XIANG HUI YE and XIAN XI YE, | ) |
| | ) |
| Defendants. | ) |

<u>MATERIAL WITNESS DETENTION ORDER</u>

BEFORE U.S. MAGISTRATE JUDGE BYRON CUDMORE:

On October 3, 2006, a material witness detention hearing was held for Material Witness Yan Feng Ye in the above listed cause pursuant to Title 18 U.S.C. 3142. The Court notes that Title 18 U.S.C. 3144 controls herein. That section cites to Section 3142, but also states: "Release of a material witness may be delayed for a reasonable period of time until the deposition of a witness can be taken pursuant to the Federal Rules of Criminal Procedure." The Court notes counsel for the Material Witness, Douglas Beevers, has filed a motion requesting a deposition. At the detention hearing, the Government was represented by AUSA Patrick Chesley. Each Defendant was present represented by retained counsel and the Material Witness was present represented by Douglas Beevers. An interpreter was also present. Based upon the proffers of evidence received, the Court finds the following factors exist that support detention:

The Material Witness Yan Feng Ye is a citizen of China. She is illegally in the United States. She entered the United States from Canada. Her visa allowing her to remain in Canada has also expired. The Government argues that the Material Witness is a risk of flight. The Court agrees. Counsel for each Defendant also oppose release at this time. The Court finds by a preponderance of the evidence that Material Witness Yan Feng Ye is a risk of flight, and that no condition or combination of conditions of release will reasonably assure the appearance of the Material Witness if released. If released on bond, she could simply disappear, re-enter Canada, go back to China, and for all practical purposes not be subject to legal process to cause her to return for trial as a witness. Release herein is tantamount to losing the testimony of this Material Witness for the prosecution and/or for the defense. Detention is appropriate.

WHEREFORE, the Material Witness Yan Feng Ye is committed to the custody of the Attorney General, or his designated representative, for confinement in a corrections facility separate from Defendants Xiang Hui Ye and Xian Xi Ye, and to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Yan Feng Ye shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a Court of the United States, or on request of an attorney for the government, the person in charge of the corrections facility shall deliver Yan

Feng Ye to the U.S. Marshal for the purpose of an appearance in connection with a court proceeding herein.

ENTER: October 4, 2006

s/ Byron G. Cudmore

_____
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE