E-FILED
Wednesday, 25 October, 2006 11:19:09 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| - vs - | ) Criminal No. 06-30042-M |
| XIANG HUI YE and XIAN XI YE, | ) |
| Defendants. | ) |

FILED
OCT - 5 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
OCT 1 9 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### ORDER DIRECTING TRANSFER OF DEFENDANT, XIAN XI YE, FOR MEDICAL CARE AND TREATMENT PURPOSES

WHEREAS it is the responsibility of the United State Marshal to provide for the safe-keeping, including medical care and treatment, of federal offenders ordered detained pending judicial proceedings.

**IT IS HEREBY ORDERED AS FOLLOWS:**

The United States Marshall is directed to transfer the Defendant, XIAN XI YE, from the Central District of Illinois to Just Care, Inc. located in Columbia, SC and/or any other medical facility it deems necessary to meet the Defendant's medical needs.

ENTER: 10/5/06

_____
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE

RECEIVED
2006 OCT 10 P 4:06
US MARSHALS SERV
CENTRAL ILLINOIS

A TRUE COPY
ATTEST:
JOHN M. WATERS, CLERK
BY: M. Eddings
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE 10/6/06

DEA # _____

PHYSICIANS GROUP, S.C.
CELINA C. TSANG, M.D., PH.D.
2901 OLD JACKSONVILLE ROAD
SPRINGFIELD, IL 62704
217-698-9722

NAME Xian, Ye

ADDRESS _____ DATE 10/5/06

℞ (Please Print)

This is to certify that the patient is safe to travel by air ambulance. With medical supervision, advanced life support etc. Flight should not exceed 4 hrs.

REFILL _____ TIMES   PRN   NR
☐ MAY SUBSTITUTE
☐ MAY NOT SUBSTITUTE

_____ M.D.

22-AUG-06    TR1060822-100159761-33_01_53235_0001

Gov Exh 1    10/5/06

I have ~~personally~~ executed this ~~writ~~ ORDER by taking custody of the within named XIAN XI YE at Sangamon Co. Jail on 10-10-06 and transported him to the Just Care, Inc. at Columbia, SC on 10-10-06.

U. S. MARSHAL,

*Alex J. Stay*

DEPUTY U. S. MARSHAL