E-FILED
Thursday, 09 November, 2006  12:56:07 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| - vs - ) | Criminal No. 06-3042M |
| ) | |
| XIANG HUI YE and XIAN XI YE, ) | |
| ) | |
| Defendants. ) | |

### MOTION FOR CONTINUANCE

NOW COMES the Defendant, XIAN XI YE, by and through his attorney, Scott A. Sabin, of the law firm of METNICK, CHERRY, FRAZIER, SABIN & PERRIN, L.L.P., and hereby requests this Honorable Court to continue the pretrial and trial in the above matter, and as grounds for said Motion states as follows:

1. The above matter is scheduled for pretrial on December 1, 2006, at 2:30 p.m., and trial on December 5, 2006, at 9:00 a.m.

2. No continuances have been sought in this case.

3. The depositions of five material witnesses are scheduled for November 16th, - 17th, 2006.

4. The Government has provided extensive discovery which is still being reviewed.

5. The Defendant remains hospitalized in a secured facility in South Carolina. Consequently undersigned counsel has had limited contact with the Defendant.

6. Counsel for Defendant has discussed the foregoing with Assistant United States Attorney Patrick J. Chesley and he has no objection to a continuance.

7.  That this continuance is not being sought for the purpose of delay but in the interest of justice.

WHEREFORE, the Defendant prays that this Honorable Court will continue the pretrial of December 1, 2006, at 2:30 p.m. and trial of December 5, 2006, at 9.00 a.m.

Respectfully submitted,

XIAN XI YE, Defendant

By: /s/ Scott A. Sabin
One of His Attorneys

Scott A. Sabin (6209921)
METNICK, CHERRY, FRAZIER, SABIN & PERRIN, L.L.P.
Attorneys at Law
Suite 200 Myers Building
P.O. Box 12140
Springfield, IL 62791
(217) 753-4242

CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Patrick J. Chesley
Daniel L. Fultz
Jon Gray Noll

/s/ Scott A. Sabin